UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JAMIE WOODS                          *        CIVIL ACTION NO. _____

VERSUS                               *        JUDGE

ARCH INSURANCE COMPANY,              *        MAGISTRATE JUDGE
SPECIAL EVENT TRANSPORTATION,
INC. AND THOMAS CASH                 *

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Special Event Transportation, Inc. and Arch Insurance Company, through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, file this Notice of Removal of this case from the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana to the United States District Court for the Middle District of Louisiana. The grounds for the removal are as follows:

## BACKGROUND

1.

Plaintiff, Jamie Woods, filed the instant action against defendants, Arch Insurance Company, Special Event Transportation, Inc., and Thomas Cash, for damages allegedly arising out of an automobile accident that occurred on or about September 2, 2020 (the "Accident").

2.

On or about August 8, 2021, Plaintiff filed a Petition for Damages in the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, bearing Docket Number 710,387.

3.

In the Petition for Damages, Plaintiff asserted claims based on an automobile accident that occurred in East Baton Rouge Parish, Louisiana on or about September 2, 2020. Plaintiff

alleged that her vehicle was struck in the side by a vehicle operated by Thomas Cash (the "18 Wheeler") and that she suffered personal injuries as a result.

4.

On September 24, 2021, Arch Insurance Company propounded discovery to Plaintiff. Plaintiff responded to said discovery on October 8, 2021. Exhibit A.

5.

This removal is timely filed within thirty (30) days after receipt by Defendants of an "other paper" from which it may be ascertained that the case is one which is or has become removable. 28 U.S.C. § 1446(b)(3).

6.

Since the case stated by the initial pleading was not removable solely because the amount in controversy did not exceed the jurisdictional amount, information relating to the amount in controversy in responses to discovery shall be treated as an "other paper" under Subsection (b)(3). *See* 28 U.S.C. § 1446(c)(3)(A).

7.

This Court has jurisdiction over this matter, and it is properly removed to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

8.

Pursuant to 28 U.S.C. § 1446(a), a copy of all pleadings filed in the record of the state court action are attached hereto as Exhibit B.

9.

Service of the Petition for Damages on Thomas Cash was not perfected as of the date of filing this Notice of Removal. Out of an abundance of caution, the undersigned also represents Thomas Cash, who consents to removal.

10.

The United States District Court for the Middle District of Louisiana is the Court embracing the place wherein such action is pending in state court, as it was filed in the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

11.

This action is properly removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441, in that all served parties consent to removal, are of diverse citizenship, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

**DIVERSITY OF CITIZENSHIP**

12.

In the Petition for Damages, Plaintiff alleged that she is domiciled in the State of Louisiana.

13.

Defendant, Arch Insurance Company, is a Missouri corporation with its principal place of business in New York, New York.

14.

Defendant, Special Event Transportation, Inc., is a North Carolina corporation with its principal place of business in Winston Salem, North Carolina.

15.

Defendant, Thomas Cash, is domiciled in the State of Virginia.

16.

Complete diversity of citizenship exists between plaintiff, Jamie Woods, and defendants, Arch Insurance Company, Special Event Transportation, Inc., and Thomas Cash, as is required for original jurisdiction to vest in the United States District Court for the Middle District of Louisiana, pursuant to 28 U.S.C. § 1332.

**AMOUNT IN CONTROVERSY**

17.

In the Petition for Damages, Plaintiff alleged that she sustained bodily injuries that required medical attention and treatment by a physician. She claimed pain and suffering, mental anguish and suffering, loss of enjoyment of life, medical expenses, lost wages, and lost income. Plaintiff described the collision as violent and stated that the collision occurred "suddenly and without warning." *See* Exhibit B.

18.

On the date of the Accident, Plaintiff provided a written statement to the investigating officer. She described a collision with the 18 Wheeler operated by Thomas Cash that sent her vehicle spinning around in front of the 18 Wheeler before it came to rest on the opposite side of the roadway. *See* Exhibit C.

19.

Thomas Cash also provided a written statement to the investigating officer. He stated that Plaintiff's vehicle was "tangled up in the rail and my truck." Cash described Plaintiff's vehicle as

ending up on the left side of his 18 Wheeler after "coming all the way around my front." According to him, Plaintiff said "[T]hank you for not killing me." *See* Exhibit C.

20.

Louisiana prohibits by statute pleading specific monetary amounts of damages in the context of most civil actions. However, Louisiana Code of Civil Procedure article 893 requires a plaintiff to generally state that her claim is less than the jurisdictional amount in order to establish a lack of federal jurisdiction. Here, Plaintiff failed to assert such in her Petition for Damages. *See* Exhibit B.

21.

Due to the severity of the collision based on both drivers' written statements and the lack of allegations regarding the jurisdictional amount, Arch Insurance Company propounded discovery to Plaintiff on September 24, 2021. Exhibit A.

22.

On October 8, 2021, Plaintiff responded to Defendants' discovery, objecting to and denying the Request for Admission: "Please admit that your damages do not exceed the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs." Exhibit A.

23.

Further supporting the contention that the amount in controversy meets the jurisdictional requirement in this matter, Plaintiff appears to have sustained severe injuries. Medical records show injuries to her left shoulder, left knee, left ankle, and the joints in her left foot. Plaintiff was diagnosed with a contusion of the left shoulder, chondromalacia patella, or damage to the cartilage under her kneecap, and a displaced fracture of the medial condyle of her left femur. *See* Exhibit D.

24.

Plaintiff reported to an emergency room on the date of the Accident. Over the last year, she has consistently treated with several medical providers, including a hospital, physical therapist, orthopedic surgeon, and pain management facility. Upon information and belief, she recently underwent an MRI. There is no indication that treatment has concluded. The total medical expenses that Defendants are aware of exceed $17,000, but this amount does not include all medical treatment. *See* Exhibit D.

25.

Louisiana cases where plaintiffs sustained similar injuries yielded general damages awards that, combined with Plaintiff's medical expenses and lost wages, would certainly exceed this Court's jurisdictional amount. Even with the very limited information Defendants have, it is clear that general damages of at least $125,000 have been awarded by courts for similar pathology. *See, e.g., Ben v. Baldwin & Lyons, Inc.,* 17-678 (La. App. 3 Cir. 3/7/18), 241 So. 3d 411 (award of $195,000 in general damages for a meniscal tear, tendinosis, tearing of the patellar tendon, and chondromalacia patella); *Todd v. Delta Queen Steamboat Co.,* 07-1518 (La. App. 4 Cir. 8/6/08), 15 So. 3d 107 (finding that an award of $125,000 in general damages is consistent with other general damage awards for knee injuries); *Billeaud v. Poledore,* 603 So. 2d 754 (La. App. 1 Cir. 1992) (award of $95,000 in general damages for fractured femur and chondromalacia patella nearly 30 years ago); *Choyce v. Sisters of Incarnate Word*, 25,958 (La. App. 2 Cir. 8/19/94), 642 So. 2d 287, *writ denied*, 94-2510 (La. 12/9/94) (award of $85,000 in general damages for left femur fracture above the knee despite pre-existing left knee injury that required prior surgery to kneecap).

26.

Plaintiff was involved in a high-speed collision on the interstate that sent her vehicle spinning across the roadway. According to Thomas Cash, Plaintiff thanked him for not killing her. Plaintiff was diagnosed with a fractured femur, damage to the cartilage under her kneecap, and a shoulder contusion. She has consistently treated with various medical providers for the last year, and treatment is ongoing. Plaintiff claims damages for pain and suffering, mental anguish and suffering, loss of enjoyment of life, medical expenses, lost wages, and lost income. Although the exact nature of her injuries is unknown at this time, upon information and belief, the amount in controversy easily meets the jurisdictional requirement of $75,000.00.

## CERTIFICATIONS

27.

Pursuant to 28 U.S.C. § 1446(d), Plaintiff is being provided with a copy of this Notice of Removal, and a copy of this Notice of Removal is being filed with the Clerk of the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana. A copy of the state court Notice of Filing Notice of Removal is attached hereto and made a part hereof as Exhibit E.

28.

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that she has read the foregoing Notice of Removal, that to the best of her knowledge, information, and belief formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose.

29.

By filing this Notice of Removal, Defendants do not waive and hereby reserve all defenses and objections to the Petition for Damages, including but not limited to failure to state a claim, lack of personal jurisdiction, improper venue, and insufficiency of service of process.

WHEREFORE, Special Event Transportation, Inc. and Arch Insurance Company respectfully request that this Court assume full jurisdiction over the cause herein as provided by law. This Court has jurisdiction over the dispute because all parties are completely diverse, and the jurisdictional amount has been met.

This the 5th day of November, 2021.

BY ATTORNEYS,

BUTLER SNOW LLP
400 Convention Street, Suite 200 (70802)
P.O. Box 2997
Baton Rouge, LA 70821-2997
Telephone: (225) 325-8700
Facsimile: (225) 325-8800

By:    /s/ *Madaline King*
          Connell L. Archey (La. No. 20086)
          Allena W. McCain (La. No. 38830)
          Madaline King (La. No. 38301)

Attorneys for Special Event Transportation, Inc. and Arch Insurance Company

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on the Nineteenth

Judicial District Court and counsel for Plaintiff by the following means:


**Via Fax-File**
Clerk of Court
East Baton Rouge Parish
P.O. Box 1991
Baton Rouge, LA 70821-1991

**Via U.S. Mail and Email**
Burgundy C. Hammond
Clayton, Fruge, Ward & Hendry
3741 LA Highway 1 South
Port Allen, LA 70767
Attorney for Plaintiff

This the 5th day of November, 2021.


                                                              /s/ *Madaline King*
                                                              Madaline King


62014411.v1

| JAMIE WOODS | * | SUIT NO.: 710387     SECTION: "26" |
| | * | |
| | * | |
| VERSUS | * | 19TH JUDICIAL DISTRICT COURT |
| | * | |
| | * | |
| ARCH INSURANCE COMPANY, | * | PARISH OF EAST BATON ROUGE |
| SPECIAL EVENT TRANSPORTATION, | * | |
| INC. AND THOMAS CASH | * | STATE OF LOUISIANA |

## OBJECTION & RESPONSE TO REQUEST FOR ADMISSIONS

     Plaintiff, Jamie Woods, herein objects and responds to Request for Admissions propounded by defendant, Arch Insurance Company, as follows:

## REQUEST FOR ADMISSION NO. 1:

     Please admit that your damages do not exceed the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

## OBJECTION & RESPONSE TO REQUEST FOR ADMISSION NO. 1:

     **Plaintiff cannot admit or deny this request as written and objects to this request on the grounds that it calls for a legal conclusion and/or factual determination that can only be reached by the trier of fact at trial. In addition, plaintiff cannot admit or deny this request because, as it relates to general damages, plaintiff is not required to itemize same, and the amount of same is a question for the trier of fact.**

     **Furthermore, plaintiff objects to this request to any extent that it seeks to preclude plaintiff from stipulating to same at a later date, should such determination be made or in the event that a compromise or dismissal of one or more claims or parties occurs at such time.**

     **Subject to the foregoing and without waiving objections, denied.**

                  Respectfully submitted:

                  **CLAYTON, FRUGÉ, WARD & HENDRY**
                  3741 LA Highway 1 South
                  Port Allen, Louisiana 70767
                  Telephone: (225) 344-7000
                  Facsimile: (225) 383-7631

**EXHIBIT A**

                  A.M. "Tony" Clayton (#21191)
                  Michael P. Frugé (#26287)

| | | |
|---|---|---|
| JAMIE WOODS | * | SUIT NO.: 710387 SECTION: "26" |
| | * | |
| | * | |
| VERSUS | * | 19TH JUDICIAL DISTRICT COURT |
| | * | |
| | * | |
| ARCH INSURANCE COMPANY, | * | PARISH OF EAST BATON ROUGE |
| SPECIAL EVENT TRANSPORTATION, | * | |
| INC. AND THOMAS CASH | * | STATE OF LOUISIANA |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Objection and Response to Request for Admissions has this date been sent *via* electronic transmission and/or facsimile and/or first-class mail, postage prepaid and properly addressed, to the following:

Madaline King (#38301)
**BUTLER SNOW, LLP**
400 Convention Street
Suite 200
Baton Rouge, Louisiana 70802
Telephone: (225) 325-8700
Facsimile: (225) 325-8800

Port Allen, Louisiana, this 8th day of October, 2021.

Burgundy C. Hammond (#38646)

189

# CITATION
## (Long Arm LSA R.S. 13:3201 et seq.)

| | |
|---|---|
| **JAMIE WOODS** <br> (Plaintiff) | **NUMBER C-710387 26** |
| **VS** | **19th JUDICIAL DISTRICT COURT** |
| | **PARISH OF EAST BATON ROUGE** |
| **ARCH INSURANCE COMPANY, ET AL** <br> (Defendant) | **STATE OF LOUISIANA** |

#### ** VIA LOUISIANA LONG ARM STATUTE LSA R.S. 13:3201 ET SEQ **

**TO:    SPECIAL EVENTS TRANSPORTATION INC**

GREETINGS:

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks in accordance with LSA R.S. 13:3201 et seq. OR, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on **AUGUST 9, 2021**.



*Jarlisha Mitchell*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: HAMMOND, BURGUNDY C.**
            **(225) 344-7000**

*Also attached are the following documents:
**PETITION FOR DAMAGES, REQ FOR NOTICE, REQ FOR ADMISSION, INTERROGATORIES, REQ FOR PRODUCTION**

**CITATION-LONG ARM-2006**

## EXHIBIT
## B

EAST BATON ROUGE PARISH
Filed Aug 06, 2021 3:47 PM
©Deputy Clerk of Court
FAX Received Aug 05, 2021

C-710387
26

JAMIE WOODS                          * SUIT NO.:              SECTION:
                                     *
                                     *
VERSUS                               * 19TH JUDICIAL DISTRICT COURT
                                     *
                                     *
ARCH INSURANCE COMPANY,              * PARISH OF EAST BATON ROUGE
SPECIAL EVENT TRANSPORTATION,        *
INC. AND THOMAS CASH                 * STATE OF LOUISIANA

## PETITION FOR DAMAGES

NOW INTO COURT, comes petitioner, Jamie Woods, a resident of the full age of majority

and domiciled in West Baton Rouge Parish, State of Louisiana, who respectfully represents that:

1.

Made Defendants herein:

A. ARCH INSURANCE COMPANY, upon information and belief, and insurance
   company, licensed to do and doing business in the State of Louisiana, whose registered
   agent for service is Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge,
   Louisiana 70809;

B. SPECIAL EVENT TRANSPORTATION, INC., upon information and belief, a foreign
   corporation, whose registered agent for service is Lillian Brammer, 3135 Indiana
   Avenue, Winston Salem, North Carolina 27105; and

C. THOMAS CASH, upon information and belief, a person of the full age of majority
   whose domicile is 12005 Stamford Road, Midlothian, Virginia 23112.

2.

The defendants herein are individually, jointly and *in solido* indebted unto petitioner for

such damages are reasonable in the premises, together with legal interest thereon, from the date of

judicial demand until paid, and for all costs of these proceedings, for the following non-exclusive

reasons.

3.

On or about September 2, 2020, petitioner, Jamie Woods, was involved in an automobile

accident involving two (2) vehicles, more particularly described as: (1) a 2017 Volvo Trailor, VIN

4V4NC9EH3HN977202, owned by defendant, Special Event Transportation Inc., and being

driven by defendant, Thomas Cash; and (2) a 2017 Ford Escape, VIN 1FMCU0G99HUB67527,

owned and being driven by petitioner, Jamie Woods.

1



Certified True and
Correct Copy
CertID: 2021080900473

*Jarlisha Mitchell*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
8/9/2021 12:13 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

191

**4.**

The accident occurred in East Baton Rouge Parish on I-10 East in Baton Rouge, Louisiana.

**5.**

Petitioner, Jamie Woods, was operating her vehicle eastbound on I-10 in the right lane, when suddenly and without warning, defendant, Thomas Cash, who was traveling eastbound on I-10 in the left lane, violently collided into the driver's side of petitioner's vehicle, thus causing the collision herein sued upon.

**6.**

As a result of the sudden and unforeseen collision, petitioner, Jamie Woods, sustained bodily injuries that required medical attention and treatment by a physician.

**7.**

At the time and on the occasion in question, defendant, Thomas Cash, failed to use ordinary care by various acts and omissions, including the following, each of which singularly or in combination with others, was a proximate cause of the occurrence in question:

A.  In failing to maintain control of his vehicle;
B.  In failing to be attentive;
C.  In failing to properly drive a vehicle without causing a collision;
D.  In failing to stop in a timely manner;
E.  In failing to take action to avoid the collision;
F.  In failing to obey the traffic signals, signs, rules, regulations, ordinances, and laws in effect at the time and place of the accident;
G.  In failing to see what should have been seen;
H.  In failing to keep a proper lookout; and
I.  All other acts of negligence, which may be proven at the trial of this matter.

**8.**

Petitioner alleges that, upon information and belief, at all times pertinent, Thomas Cash, was acting within the course and scope of his employment with defendant, Special Event Transportation, Inc. As such, defendant, Special Event Transportation, Inc., is liable for the negligent actions of Thomas Cash under the premise of vicarious liability and *respondeat superior*.

2





**Certified True and Correct Copy**
CertID: 2021080900473

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
8/9/2021 12:13 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

192

9.

In addition to the aforementioned acts of negligence, petitioner alleges that, upon information and belief, at all pertinent times herein, defendant, Special Event Transportation, Inc., failed to use ordinary care by various acts and omissions, including the following, each of which singularly or in combination with others, was a proximate cause of the occurrence in question:

A. In failing to provide proper driver training and supervision;
B. In failing to properly maintain and repair its Volvo Trailor;
C. In failing to ensure that its Volvo Trailor was in good condition and could be driven safely;
D. In failing to take what measures could have and/or should have been taken to ensure the safety of others;
E. In negligently hiring an unsafe and/or incompetent driver;
F. Negligent entrustment of their vehicle; and
G. All other acts of negligence, which may be proven at the trial of this matter.

10.

Petitioner alleges that, upon information and belief, defendant Arch Insurance Company, issued a policy of liability insurance to Special Event Transportation, Inc., which covered such acts of negligence, and said policy was in full force and effect on the date of the accident herein sued upon.

11.

As a result of the accident herein sued upon, petitioner, Jamie Woods, has sustained damages including, but not limited to, pain and suffering, mental anguish and suffering, loss of enjoyment of life, medical expenses, lost wages, lost income, and any and all other damages that may be proven at the trial of this matter.

12.

Petitioner has not been fully compensated for the damages sustained as a result of the accident herein sued upon.

3

*Tarlisha Mitchell*



**Certified True and Correct Copy**
CertID: 2021080900473

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
8/9/2021 12:13 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

13.

Petitioner respectfully requests that all defendants be ordered to pay all costs associated with these proceedings.

WHEREFORE, premises considered, petitioner, Jamie Woods, prays that a copy of the petition be served upon the defendants in the manner prescribed by law and that, after due proceedings are had and after all legal delays, there be a judgment in favor of petitioner, Jamie Woods, and against defendants Arch Insurance Company, Special Event Transportation, Inc., and Thomas Cash, individually, jointly and *in solido*, for such damages as are reasonable in the premises, together with legal interest thereon, from the date of judicial demand until paid, and for all other and further relief to which petitioner may be entitled.

Respectfully submitted:

CLAYTON, FRUGÉ, WARD & HENDRY
3741 LA Highway 1 South
Port Allen, Louisiana 70767
Telephone: (225) 344-7000
Facsimile: (225) 383-7631

A.M. "Tony" Clayton (#21191)
Michael P. Frugé (#26287)
Richard J. Ward, III (#32267)
Michael C. Hendry (#35819)
Randall B. Gay, Jr. (#36464)
Brilliant P. Clayton (#36829)
Burgundy C. Hammond (#38646)

*Attorneys for Plaintiff, Jamie Woods*

**PLEASE SEE SERVICE INFORMATION ON THE NEXT PAGE**

4



Certified True and
Correct Copy
CertID: 2021080900473

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
8/9/2021 12:13 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

194

**PLEASE SERVE CITATION, PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSION ON:**

**ARCH INSURANCE COMPANY**
Through its registered agent:
The Louisiana Secretary of State
 8585 Archives Avenue
Baton Rouge, Louisiana 70809

**PLEASE SERVE CITATION, PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSION _VIA_ THE LOUISIANA LONG ARM STATUTE ON:**

**SPECIAL EVENTS TRANSPORTATION, INC.**
Through its registered agent:
Lillian Brammer
3135 Indiana Avenue
Winston Salem, North Carolina 27105

And

**THOMAS CASH**
12005 Stamford Road
Midlothian, Virginia 23112

5


**Certified True and
Correct Copy**
CertID: 2021080900473

_Tarlisha Mitchell_

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
8/9/2021 12:13 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Aug 06, 2021 3:47 PM
Deputy Clerk of Court
FAX Received Aug 05, 2021

C-710387
26

| | | |
|---|---|---|
| JAMIE WOODS | * | SUIT NO.:               SECTION: |
| | * | |
| | * | |
| VERSUS | * | 19TH JUDICIAL DISTRICT COURT |
| | * | |
| | * | |
| ARCH INSURANCE COMPANY, | * | PARISH OF EAST BATON ROUGE |
| SPECIAL EVENT TRANSPORTATION, | * | |
| INC. AND THOMAS CASH | * | STATE OF LOUISIANA |

## REQUEST FOR NOTICE

TO:    19th Judicial District Court Clerk
       Parish of East Baton Rouge
       300 North Boulevard
       Baton Rouge, Louisiana 70802

        In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code

of Civil Procedure, you are hereby requested to send to us, as counsel of record for Jamie Woods,

written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing

on this case, whether on exceptions, rules, or on the merits thereof, of any assignment of fixing of

said case.

        And in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of

Civil Procedure, you are hereby also requested to send to us immediate notice of any order or

judgment made or rendered in this case, upon entry of such order or judgment.

        This request for notice is made with full reservation of all rights, and we thank you for your

customary courtesy and cooperation.

                Respectfully submitted:

                **CLAYTON, FRUGÉ, WARD & HENDRY**
                3741 LA Highway 1 South
                Port Allen, Louisiana 70767
                Telephone: (225) 344-7000
                Facsimile: (225) 383-7631

                A.M. "Tony" Clayton (#21191)
                Michael P. Frugé (#26287)
                Richard J. Ward, III (#32267)
                Michael C. Hendry (#35819)
                Randall B. Gay, Jr. (#36464)
                Brilliant P. Clayton (#36829)
                Burgundy C. Hammond (#38646)

                *Attorneys for Plaintiff, Jamie Woods*

                            1



Certified True and
Correct Copy
CertID: 2021080900474

Tarlisha Mitchell
_____
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
8/9/2021 12:13 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

NINETEENTH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

| | | |
|---|---|---|
| JAMIE WOODS | * | |
| | | SUIT NO. 710387 |
| VERSUS | * | |
| | | |
| ARCH INSURANCE COMPANY, | * | SECTION 26 |
| SPECIAL EVENT TRANSPORTATION, | | |
| INC. AND THOMAS CASH | * | |

**ANSWER BY ARCH INSURANCE COMPANY**

NOW INTO COURT, through undersigned counsel, comes Arch Insurance Company ("Respondent"), who for answer to the Petition for Damages denies each and every allegation thereof except for any specifically admitted herein below. Further answering the allegations paragraph by paragraph, Respondent pleads and avers:

1.

Respondent admits its name and status as a defendant in this action. The remaining allegations of paragraph 1, including all subparts, of the Petition are denied.

2.

The allegations of paragraph 2 of the Petition are denied.

3.

Respondent admits that a collision occurred on September 2, 2020 involving Jamie Woods and Thomas Cash while respectively operating the vehicles described in paragraph 3 of the Petition. The remaining allegations of paragraph 3 of the Petition are denied for lack of information sufficient to justify a belief therein.

4.

The allegations of paragraph 4 of the Petition are admitted.

5.

The allegations of paragraph 5 of the Petition are denied.

6.

The allegations of paragraph 6 of the Petition are denied.

- 1 -

7.

The allegations of paragraph 7, including all subparts, of the Petition are denied.

8.

Respondent admits that Thomas Cash was acting in the course and scope of his employment with Special Event Transportation, Inc. at the time of the accident which is the subject matter of this litigation (the "Accident"). The remaining allegations of paragraph 8 of the Petition are denied.

9.

The allegations of paragraph 9, including all subparts, of the Petition are denied.

10.

Respondent admits that Arch Insurance Company issued a policy of insurance providing coverage to Special Event Transportation, Inc., which was in full force and effect at all relevant times but shows that said coverage is furnished by a written policy which speaks for itself and is the best evidence of its contents and further shows that said coverage is subject to many terms, conditions, limitations, and exclusions, each of which is pleaded herein as if copied "in extenso."

11.

The allegations of paragraph 11 of the Petition are denied.

12.

The allegations of paragraph 12 of the Petition are denied.

13.

The allegations of paragraph 13 of the Petition are denied.

**AFFIRMATIVE DEFENSES**

AND NOW, further answering the Petition for Damages, Arch Insurance Company shows alternatively and affirmatively that:

1.

Plaintiff's alleged damages were not caused by Respondent, but the sole proximate cause of these alleged damages was the fault of Plaintiff and/or a third party for which Respondent is not responsible.

- 2 -

2.

If it is found that Respondent is liable for Plaintiff's alleged damages, which is specifically denied, Respondent pleads the comparative fault of Plaintiff and/or the third party as a complete or alternatively, partial bar to any recovery in these proceedings.

3.

To the extent Plaintiff's alleged damages were not caused by or related to the Accident, Respondent pleads lack of causation as an affirmative defense, which is specifically pled in bar of, in reduction of, or in mitigation of the damages claimed by Plaintiff herein.

4.

To the extent all (or alternatively, portions) of Plaintiff's alleged damages are the result of pre-existing medical conditions, accident(s), and/or injury(ies) that occurred before the Accident, Respondent pleads lack of causation as an affirmative defense, which is specifically pled in bar of, in reduction of, or in mitigation of the damages claimed by Plaintiff herein.

5.

To the extent all (or alternatively, portions) of Plaintiff's alleged damages are the result of medical conditions, accident(s), and/or injury(ies) that occurred after the alleged accident, Respondent pleads lack of causation as an affirmative defense, which is specifically pled in bar of, in reduction of, or in mitigation of the damages claimed by Plaintiff herein.

6.

If it is found that Respondent is liable for Plaintiff's alleged damages, which is specifically denied, and investigation, discovery, and/or evidence demonstrate that Plaintiff failed to mitigate her damages, Respondent pleads failure to mitigate damages as an affirmative defense, which is specifically pled in bar of, in reduction of, or in mitigation of the damages claimed by Plaintiff herein.

## JURY TRIAL DEMAND

Respondent prays for a trial by jury.

- 3 -

WHEREFORE, defendant, Arch Insurance Company, prays that this Answer be deemed good and sufficient, and that after due delays and proceedings are had in a trial by jury, there be judgment in favor of Respondent, dismissing Plaintiff's suit at her cost, and for all general and equitable relief.

BY ATTORNEYS,

BUTLER SNOW LLP
400 Convention Street, Suite 200 (70802)
P.O. Box 2997
Baton Rouge, LA 70821-2997
Telephone: (225) 325-8700
Facsimile: (225) 325-8800

By: _____
      Connell L. Archey (La. No. 20086)
      Allena W. McCain (La. No. 38830)
      Madaline King (La. No. 38301)

Attorneys for Arch Insurance Company

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has this day been mailed, postage prepaid, to all counsel of record.

Baton Rouge, Louisiana this 25th day of August, 2021.

_____
Of Counsel

NINETEENTH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

| | | |
|---|---|---|
| JAMIE WOODS | * | |
| | | SUIT NO. 710387 |
| VERSUS | * | |
| | | |
| ARCH INSURANCE COMPANY, | * | SECTION 26 |
| SPECIAL EVENT TRANSPORTATION, | | |
| INC. AND THOMAS CASH | * | |

## ORDER FOR JURY TRIAL

Considering the demand for trial by jury in the Answer of Arch Insurance Company,

IT IS ORDERED that this case be tried by jury.

THUS DONE AND SIGNED at East Baton Rouge Parish, Louisiana, this _____ day of

_____, 2021.


_____
**JUDGE RICHARD "CHIP" MOORE**
**NINETEENTH JUDICIAL DISTRICT COURT**

- 1 -

60904898.v1

EAST BATON ROUGE PARISH
Filed Oct 05, 2021 2:57 PM
Deputy Clerk of Court
E-File Received Oct 05, 2021 2:50 PM

C-710387
26

NINETEENTH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

| | | |
|---|---|---|
| JAMIE WOODS | * | |
| | | SUIT NO. 710387 |
| VERSUS | * | |
| | | |
| ARCH INSURANCE COMPANY, | * | SECTION 26 |
| SPECIAL EVENT TRANSPORTATION, | | |
| INC. AND THOMAS CASH | * | |

## ANSWER BY SPECIAL EVENT TRANSPORTATION, INC.

NOW INTO COURT, through undersigned counsel, comes Special Event Transportation, Inc. ("Respondent"), who for answer to the Petition for Damages denies each and every allegation thereof except for any specifically admitted herein below. Further answering the allegations paragraph by paragraph, Respondent pleads and avers:

1.

Respondent admits its name and status as a defendant in this action. The remaining allegations of paragraph 1, including all subparts, of the Petition are denied.

2.

The allegations of paragraph 2 of the Petition are denied.

3.

Respondent admits that a collision occurred on September 2, 2020 involving Jamie Woods and Thomas Cash while respectively operating the vehicles described in paragraph 3 of the Petition. The remaining allegations of paragraph 3 of the Petition are denied for lack of information sufficient to justify a belief therein.

4.

The allegations of paragraph 4 of the Petition are admitted.

5.

The allegations of paragraph 5 of the Petition are denied.

6.

The allegations of paragraph 6 of the Petition are denied.

- 1 -

7.

The allegations of paragraph 7, including all subparts, of the Petition are denied.

8.

Respondent admits that Thomas Cash was acting in the course and scope of his employment with Special Event Transportation, Inc. at the time of the accident which is the subject matter of this litigation (the "Accident"). The remaining allegations of paragraph 8 of the Petition are denied.

9.

The allegations of paragraph 9, including all subparts, of the Petition are denied.

10.

Respondent admits that Arch Insurance Company issued a policy of insurance providing coverage to Special Event Transportation, Inc., which was in full force and effect at all relevant times but shows that said coverage is furnished by a written policy which speaks for itself and is the best evidence of its contents and further shows that said coverage is subject to many terms, conditions, limitations, and exclusions, each of which is pleaded herein as if copied "in extenso."

11.

The allegations of paragraph 11 of the Petition are denied.

12.

The allegations of paragraph 12 of the Petition are denied.

13.

The allegations of paragraph 13 of the Petition are denied.

**AFFIRMATIVE DEFENSES**

AND NOW, further answering the Petition for Damages, Special Event Transportation, Inc. shows alternatively and affirmatively that:

1.

Plaintiff's alleged damages were not caused by Respondent, but the sole proximate cause of these alleged damages was the fault of Plaintiff and/or a third party for which Respondent is not responsible.

- 2 -

61318667.v1

2.

If it is found that Respondent is liable for Plaintiff's alleged damages, which is specifically denied, Respondent pleads the comparative fault of Plaintiff and/or the third party as a complete or alternatively, partial bar to any recovery in these proceedings.

3.

To the extent Plaintiff's alleged damages were not caused by or related to the Accident, Respondent pleads lack of causation as an affirmative defense, which is specifically pled in bar of, in reduction of, or in mitigation of the damages claimed by Plaintiff herein.

4.

To the extent all (or alternatively, portions) of Plaintiff's alleged damages are the result of pre-existing medical conditions, accident(s), and/or injury(ies) that occurred before the Accident, Respondent pleads lack of causation as an affirmative defense, which is specifically pled in bar of, in reduction of, or in mitigation of the damages claimed by Plaintiff herein.

5.

To the extent all (or alternatively, portions) of Plaintiff's alleged damages are the result of medical conditions, accident(s), and/or injury(ies) that occurred after the alleged accident, Respondent pleads lack of causation as an affirmative defense, which is specifically pled in bar of, in reduction of, or in mitigation of the damages claimed by Plaintiff herein.

6.

If it is found that Respondent is liable for Plaintiff's alleged damages, which is specifically denied, and investigation, discovery, and/or evidence demonstrate that Plaintiff failed to mitigate her damages, Respondent pleads failure to mitigate damages as an affirmative defense, which is specifically pled in bar of, in reduction of, or in mitigation of the damages claimed by Plaintiff herein.

## JURY TRIAL DEMAND

Respondent prays for a trial by jury.

- 3 -

WHEREFORE, defendant, Special Event Transportation, Inc., prays that this Answer be deemed good and sufficient, and that after due delays and proceedings are had in a trial by jury, there be judgment in favor of Respondent, dismissing Plaintiff's suit at her cost, and for all general and equitable relief.

BY ATTORNEYS,

BUTLER SNOW LLP
400 Convention Street, Suite 200 (70802)
P.O. Box 2997
Baton Rouge, LA 70821-2997
Telephone: (225) 325-8700
Facsimile: (225) 325-8800

By: _____
Connell L. Archey (La. No. 20086)
Allena W. McCain (La. No. 38830)
Madaline King (La. No. 38301)

Attorneys for Special Event Transportation, Inc. and Arch Insurance Company

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has this day been emailed and mailed, postage prepaid, to all counsel of record.

Baton Rouge, Louisiana this 5th day of October, 2021.

_____
Of Counsel

- 4 -

NINETEENTH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

| | | |
|---|---|---|
| JAMIE WOODS | * | |
| | | SUIT NO. 710387 |
| VERSUS | * | |
| | | |
| ARCH INSURANCE COMPANY, | * | SECTION 26 |
| SPECIAL EVENT TRANSPORTATION, | | |
| INC. AND THOMAS CASH | * | |

### ORDER FOR JURY TRIAL

Considering the demand for trial by jury in the Answer of Special Event Transportation,

Inc.,

IT IS ORDERED that this case be tried by jury.

THUS DONE AND SIGNED at East Baton Rouge Parish, Louisiana, this __07__ day of

__October_____, 2021.

_____
**JUDGE RICHARD "CHIP" MOORE**
**NINETEENTH JUDICIAL DISTRICT COURT**

- 1 -

| | | |
|---|---|---|
| JAMIE WOODS | * | SUIT NO.: 710387    SECTION: "26" |
| | * | |
| | * | |
| VERSUS | * | 19TH JUDICIAL DISTRICT COURT |
| | * | |
| | * | |
| ARCH INSURANCE COMPANY, | * | PARISH OF EAST BATON ROUGE |
| SPECIAL EVENT TRANSPORTATION, | * | |
| INC. AND THOMAS CASH | * | STATE OF LOUISIANA |

### AFFIDAVIT OF MAILING UNDER LSA R.S. 13:3201, ET SEQ

**STATE OF LOUISIANA**
**PARISH OF EAST BATON ROUGE**

      BEFORE ME, the undersigned authority, personally came and appeared:

**RHONDA TERRY**

who after being duly sworn, did say that she served a copy of the Petition under Louisiana Long

Arm Statute, La. R.S. 13:3201, pursuant to Section 3204 of Title 13, by mailing said copy postage

prepaid, to the defendant named below at the address shown, by certified mail, number 7015 3430

0000 7267 6324, return receipt requested:

**MR. THOMAS CASH**
**12005 Stamford Road**
**Midlothian, Virginia  23112**

      Affiant further shows that service to defendant, Mr. Thomas Cash, was returned by the Post

Office, showing service of the document as having been forwarded and later returned to sender, as

shown on the returned parcel, a copy of which is attached hereto and made a part hereof.

**RHONDA TERRY**

SWORN TO AND SUBSCRIBED, before me, this 14th day of October, 2021.

NOTARY PUBLIC

No. 36829

My commission expires: _____



CERTIFIED MAIL

7015 3430 0000 7267 6324

Baton Rouge P&DC 708
THU 12 AUG 2021 PM

Burgundy C. Hammond
3741 LA Hwy 1 South
Port Allen, Louisiana 70767

Wrong address
CFS
Forward

Thomas Cash
12005 Stamford Road
Midlothian, Virginia 23112

27

CASH005  231122208-1820        09/27/21
FORWARD TIME EXP  RTN TO SEND
CASH*THOMAS
10841 BUTTEVANT DR
CHESTERFIELD VA 23038-4504

RETURN TO SENDER

EXHIBIT
A.

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70153430000072676324

Remove ✕

Your item was forwarded to a different address at 9:15 am on September 30, 2021 in PORT ALLEN, LA. This was because of forwarding instructions or because the address or ZIP Code on the label was incorrect.

## Forwarded

September 30, 2021 at 9:15 am
PORT ALLEN, LA

Feedback

## Get Updates ⌄

---

**Text & Email Updates**    ⌄

---

**Tracking History**    ⌃

September 30, 2021, 9:15 am
Forwarded
PORT ALLEN, LA
Your item was forwarded to a different address at 9:15 am on September 30, 2021 in PORT ALLEN, LA. This was because of forwarding instructions or because the address or ZIP Code on the label was incorrect.

September 30, 2021, 6:56 am
Arrived at Post Office
PORT ALLEN, LA 70767



September 29, 2021, 8:01 pm
Departed USPS Regional Origin Facility
BATON ROUGE LA PROCESSING CENTER


September 29, 2021, 1:49 pm
Arrived at USPS Regional Origin Facility
BATON ROUGE LA PROCESSING CENTER


August 17, 2021, 8:10 am
Out for Delivery
MIDLOTHIAN, VA 23112


August 16, 2021
In Transit to Next Facility


August 14, 2021, 1:00 pm
Arrived at USPS Regional Facility
RICHMOND VA DISTRIBUTION CENTER


August 13, 2021, 12:39 am
Departed USPS Regional Origin Facility
BATON ROUGE LA PROCESSING CENTER


August 12, 2021, 9:14 am
Arrived at USPS Regional Origin Facility
BATON ROUGE LA PROCESSING CENTER


August 12, 2021, 5:32 pm
USPS in possession of item
PORT ALLEN, LA 70767


**Product Information**                                      ∨


**See Less** ∧

# STATE OF LOUISIANA
## UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT

TOTAL NUMBER OF VEHICLES INVOLVED: 0 2

PAGE #: 0 1

DATE OF CRASH: 0 9 0 2 2 0 0 0  TIME (0000): 2 0 2 9  DISTRICT/ZONE: 7 A 7  TROOP:

LAT. 3 0 . 4 3 8 0

PARISH: E A S T   B A T O N   R O U G E  PARISH CODE: 1 7

LONG. 9 1 . 1 7 9 0

2000008946

CITY OR TOWN: B A T O N   R O U G E  CITY CODE: 0 2

**CRASH OCCURRED ON**
A. INTERSTATE
B. U.S. HWY
C. STATE HWY
D. PARISH ROAD
E. CITY STREET
F. OFF ROAD PRIVATE PROPERTY
G. TOLL ROAD

HIGHWAY #: -  MILEPOST: .
ROADWAY NAME: E 110  15000

DISTANCE: 0 0 0 . 0  MILES / FEET ☒ W  STREET/HIGHWAY: ☐ AT INTERSECTION ☒ NOT AT INTERSECTION

A

DISTANCE: MILES / FEET  STREET/HIGHWAY: ☐ AT INTERSECTION ☐ NOT AT INTERSECTION

## CONTRIBUTING FACTORS AND CONDITIONS

ROAD SURFACE: A
ROADWAY CONDITIONS: A
TYPE OF ROADWAY: A
ALIGNMENT: A
PRIMARY FACTOR: B
SECONDARY FACTOR: A
WEATHER: A
KIND OF LOCATION: A
RELATION TO ROADWAY: A
ACCESS CONTROL: A
LIGHTING: C

VEHICLE CONFIGURATION / CARGO BODY TYPE

NAME OF AGENCY: BATON ROUGE POLICE DEPARTMENT  TIME OF NOTIFICATION: 2 0 4 0  TIME OF ARRIVAL: 2 0 5 0  TIME ALL LANES OPENED: 2 2 0 0

INVESTIGATION: V/N Y  INVESTIGATING POLICE AGENCY: B  DATE REPORT COMPLETED: 0 9 0 2 0 0

BARGE, XAVIER  SIGNATURE: XAVIER BARGE  BADGE #: P1092  P1254

DPSSP 3105 (REV. MAR. 2005)

**EXHIBIT C**

**OFFICER'S NARRATIVE:** DESCRIBE ANY UNUSUAL CIRCUMSTANCES ASSOCIATED WITH CRASH, INCLUDING OFFICER'S OBSERVATIONS AND OPINIONS. INCLUDE WITNESS NAMES, ADDRESSES, PHONE NUMBERS, ETC.

IF NECESSARY, INDICATE DAMAGE TO PUBLIC OR PRIVATE PROPERTY (WITH OWNER'S NAME & ADDRESS) AT THE END OF THE NARRATIVE

PAGE # 02

### REFER TO EACH BY VEHICLE NUMBER

*DRIVER ONE was traveling east bound on I-10, when he side swiped Driver Two.*

*DRIVER TWO was traveling east bound on I-10, when she was side swiped by Driver One.*

*A/V*



**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**
**VEHICLE/PEDESTRIAN**

PAGE #
0 3

VEH # | 0 7 | OR | ☐ PEDESTRIAN

2000008946

| CONF | CARGO BODY TYPE see page 1 for selections | YEAR | MAKE | MODEL | # DOORS | # AXLES | # TIRES |
|---|---|---|---|---|---|---|---|
| O | B | 2 0 1 7 | V O L V O | T R A I L O R | 2 | 0 5 | 1 8 |

VIN # 4 V 4 N C 9 E H 3 H N 9 7 2 0 2

VEHICLE TOWED: B | A.YES B. NO C. LEFT AT SCENE

REMOVED BY DRIVER

| | YEAR | STATE | NUMBER | TYPE | GVWR/GCWR | REASON TOWED |
|---|---|---|---|---|---|---|
| LICENSE PLATE | 2 0 2 1 | N C | M R 9 1 7 0 | P C | 0 8 0 0 0 0 | A. VEHICLE DAMAGE B. DRIVER ARRESTED C. INSURANCE VIOLATION Z. OTHER |

| TRAILER DESCRIPTION | YEAR | MAKE | TYPE | | YEAR | STATE | NUMBER |
|---|---|---|---|---|---|---|---|
| | | | | LICENSE PLATE | | | |

VEHICLE CLASSIFICATION: ☐ COMMERCIAL/BUSINESS VEHICLE X | ☐ GOVERNMENT VEHICLE | ☐ PERSONAL VEHICLE

COMPLETE INFORMATION BELOW IF THIS VEHICLE IS BEING USED FOR COMMERCE/BUSINESS, & HAS A GVWR/GCWR IN EXCESS OF 10,000 LBS., OR HAS A HAZMAT PLACARD, OR IS A BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER. | US DOT # | MC/MX (ICC) #

CARRIER NAME *SPECIAL EVENT TRANSPORTATION*

STREET ADDRESS *3135 INDIANA AV* | CITY *WINSTON SALEM* | STATE *NC* | ZIP *27105*

INTERSTATE CARRIER Y/N **N** | TRANSPORTING HAZARDOUS MATERIAL Y/N **N** | CLASS | ID# | PLACARDS DISPLAYED Y/N | HAZ MAT RELEASED Y/N

NAME (LAST, FIRST, MI) OF X DRIVER ☐ PEDESTRIAN

C A S H | T H O M A S | R

| | | POS TION | EJEC TION | TRAPP ED/EXTRI CATED | AIR BAG | OCC PROT SYS | REST | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | A | A | A | B | D | M | W | 6 4 | E |

STREET ADDRESS *12005 STAMFORD RD* | TELEPHONE # *(804)399-2906*
CITY *MIDLOTHIAN* | STATE *VA* | ZIP 2 3 1 1 2

TRANSPORTED TO MEDICAL FACILITY: A. YES  C. REFUSED AID  B. NO  Y. UNKNOWN | B

STATE | CLASS | ENDORSEMENTS | DRIVER'S LICENSE NUMBER

INSTRUCTED TO EXCHANGE INFORMATION Y/N **N** | NAME OF FACILITY

PEDESTRIAN ONLY | UPPER BODY CLOTHING | LIGHT | DARK | LOWER BODY CLOTHING | LIGHT | DARK | SEX | RACE | AGE | INJURY CODE

OWNER'S NAME (LAST, FIRST, MI OR COMPANY NAME)

S P E C I A L  E V E N T  T R A N S P O R T A T I O N | TELEPHONE #

STREET ADDRESS *3135 INDIANA AV*
CITY *WINSTON* | STATE *NC* | ZIP *27105*

INSURANCE CO. NAME *ARCH INSURANCE* (NOT AGENCY NAME) | POLICY NUMBER *ZACAT3010301* | EXPIRATION DATE

AGENT'S NAME/ADDRESS | PHONE #

OCCUPANT'S NAME (LAST, FIRST, MI)

PROTECTED INFORMATION REMOVED

STREET ADDRESS | TRANSPORTED TO MEDICAL FACILITY: A. YES  C. REFUSED AID  B. NO  Y. UNKNOWN | NAME OF FACILITY
CITY | STATE | ZIP

OCT 13 2020

OCCUPANT'S NAME (LAST, FIRST, MI)

STREET ADDRESS | TRANSPORTED TO MEDICAL FACILITY: A. YES  C. REFUSED AID  B. NO  Y. UNKNOWN | NAME OF FACILITY
CITY | STATE | ZIP

| SEATING POSITION | EJECTION | TRAPPED/ EXTRICATED | AIRBAG | OCCUPANT PROTECTION SYSTEM USED | INJURY |
|---|---|---|---|---|---|
| A - FRONT SEAT-LEFT SIDE (MOTORCYCLE DRIVER) B - FRONT SEAT-MIDDLE C - FRONT SEAT-RIGHT SIDE D - SECOND SEAT-LEFT SIDE (MOTORCYCLE PASSENGER) E - SECOND SEAT-MIDDLE F - SECOND SEAT-RIGHT SIDE G - THIRD ROW-LEFT SIDE (MOTORCYCLE PASSENGER) H - THIRD ROW-MIDDLE I - THIRD ROW-RIGHT SIDE | J - SLEEPER SECTION OF CAB (TRUCK) K - PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT) L - PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT) M - PASSENGER ON TRAIN OR STREETCAR N - TRAILING UNIT O - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT) Y - UNKNOWN | A - NOT EJECTED B - TOTALLY EJECTED C - PARTIALLY EJECTED Y - UNKNOWN | A - NOT TRAPPED B - TRAPPED/EXTRI-CATED C - TRAPPED/NOT EXTRICATED Y - UNKNOWN | A - DEPLOYED B - NON DEPLOYED C - NON-DEPLOY-ED/SWITCH OFF D - NOT APPLICABLE Y - UNKNOWN | A - NONE USED-VEHICLE OCCUPANT B - SHOULDER BELT ONLY USED C - LAP BELT ONLY USED D - SHOULDER AND LAP BELT USED E - CHILD SAFETY SEAT IMPROPERLY USED F - CHILD SAFETY SEAT USED G - HELMET USED Y - RESTRAINT USE UNKNOWN | A - FATAL B - INCAPACITA-TING/SEVERE C - NON-INCAPA-CITATING/ MODERATE D - POSSIBLE/ COMPLAINT E - NO INJURY |

DPSSP 3106 (REV. MAR. 2005)

PAGE #
0 4

WRITE APPROPRIATE LETTER IN BLOCK     **CONTRIBUTING FACTORS AND CONDITIONS**

**VISION OBSCUREMENTS** [N]
A. RAIN, SNOW, ETC. ON WINDSHIELD
B. WINDSHIELD OTHERWISE OBSCURED
C. VISION OBSCURED BY LOAD
D. TREES, BUSHES, ETC.
E. BUILDING
F. EMBANKMENT
G. SIGN BOARDS
H. HILLCREST
I. PARKED VEHICLES
J. MOVING VEHICLES
K. BLINDED BY HEADLIGHTS
L. BLINDED BY SUNGLARE
M. DISTRACTED BY NEON LIGHTS IN FIELD OF VIEW
N. NO OBSCUREMENTS
Y. UNKNOWN
Z. OTHER

**VIOLATION** [U]
A. EXCEEDING STATED SPEED LIMIT
B. EXCEEDING SAFE SPEED LIMIT
C. FAILURE TO YIELD
D. FOLLOWING TOO CLOSELY
E. DRIVING LEFT OF CENTER
F. CUTTING IN-IMPROPER PASSING
G. FAILURE TO SIGNAL
H. MADE WIDE RIGHT TURN
I. CUT CORNER ON LEFT TURN
J. TURNED FROM WRONG LANE
K. OTHER IMPROPER TURNING
L. DISREGARDED TRAFFIC CONTROL
M. IMPROPER STARTING
N. IMPROPER PARKING
O. FAILED TO SET OUT FLAGS, FLARES
P. FAILED TO DIM HEADLIGHTS
Q. VEHICLE CONDITION
R. DRIVER CONDITION
S. CARELESS OPERATION
T. IMPROPER BACKING
U. NO VIOLATION
Y. UNKNOWN
Z. OTHER

**TRAFFIC CONTROL** [R]
A. STOP SIGN
B. YIELD SIGN
C. RED SIGNAL ON
D. YELLOW SIGNAL ON
E. GREEN SIGNAL ON
F. GREEN TURN ARROW ON
G. RIGHT TURN ON RED
H. LIGHT PHASE UNKNOWN
I. FLASHING YELLOW
J. FLASHING RED
K. OFFICER, FLAGMAN
L. RR CROSSING, SIGN
M. RR CROSSING/SIGNAL
N. RR CROSSING, NO CONTROL
O. WARNING SIGN (SCHOOL, ETC.)
P. SCHOOL FLASHING SPEED SIGN
Q. YELLOW NO PASSING LINE
R. WHITE DASHED LINE
S. YELLOW DASHED LINE
T. BIKE LANE
U. CROSSWALK
V. NO CONTROL
Y. UNKNOWN
Z. OTHER

**CONDITION OF DRIVER/PED** [B]
A. NORMAL
B. INATTENTIVE
C. DISTRACTED
D. ILLNESS
E. FATIGUED
F. APPARENTLY ASLEEP/BLACKOUT
G. DRINKING ALCOHOL - IMPAIRED
H. DRINKING ALCOHOL - NOT IMPAIRED
I. DRUG USE - IMPAIRED
J. DRUG USE - NOT IMPAIRED
K. PHYSICAL IMPAIRMENT (EYES, EAR, LIMB)
Y. UNKNOWN
Z. OTHER

**DRIVER DISTRACTION** [E]
A. CELL PHONE
B. OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE, ETC.)
C. OTHER INSIDE THE VEHICLE
D. OTHER OUTSIDE THE VEHICLE
E. NOT DISTRACTED
Y. UNKNOWN

**REASON FOR MOVEMENT** [P]
A. TO AVOID OTHER VEHICLE
B. TO AVOID PEDESTRIAN
C. TO AVOID ANIMAL
D. TO AVOID OTHER OBJECT
E. IMAGING
F. VEHICLE OUT OF CONTROL, NOT PASSING
G. VEHICLE OUT OF CONTROL, PASSING
H. FOR TRAFFIC CONTROL
I. DUE TO CONGESTION
J. DUE TO PRIOR CRASH (COLLISION)
K. DUE TO DRIVER CONDITION
L. DUE TO DRIVER VIOLATION
M. DUE TO VEHICLE CONDITION (FAILURE)
N. DUE TO PAVEMENT CONDITION
O. HIGH WIND
P. NORMAL MOVEMENT
Y. UNKNOWN
Z. OTHER

**PEDESTRIAN ACTIONS**
A. CROSSING, ENTERING ROAD AT INTERSECTION
B. CROSSING, ENTERING ROAD NOT AT INTERSECTION
C. WALKING IN ROAD – WITH TRAFFIC
D. WALKING IN ROAD – AGAINST TRAFFIC
E. SLEEPING IN ROADWAY
F. STANDING IN ROADWAY
G. GETTING ON OR OFF OTHER VEHICLE
H. PUSHING, WORKING ON VEHICLE IN ROAD
I. OTHER WORKING IN ROADWAY
J. PLAYING IN ROADWAY
K. NOT IN ROADWAY
Y. UNKNOWN
Z. OTHER

**NON COLLISION**
A. OVERTURN/ROLLOVER
B. FIRE/EXPLOSION
C. IMMERSION
D. JACKKNIFE
E. CARGO/EQUIPMENT LOSS OR SHIFT
F. FELL/JUMPED FROM MOTOR VEHICLE
G. THROWN OR FALLING OBJECT
H. EQUIPMENT FAILURE (BLOWN TIRE, BRAKE FAILURE, ETC)
I. SEPARATION OF UNITS IN TRANSPORT
J. RAN OFF ROAD RIGHT
K. RAN OFF ROAD LEFT
L. CROSSED MEDIAN/CENTERLINE
M. DOWNHILL RUNAWAY
N. OTHER NON-COLLISION

**COLLISION WITH PERSON, MOTOR VEHICLE OR NON- FIXED OBJECT** [E]
P. MOTORCYCLE
Q. PEDALCYCLE
R. RAILWAY VEHICLE (TRAIN, ENGINE)
S. ANIMAL

**VEHICLE CONDITION** [K]
A. DEFECTIVE BRAKES
B. DEFECTIVE HEADLIGHTS
C. DEFECTIVE REAR LIGHTS
D. DEFECTIVE SIGNAL LIGHTS
E. ALL LIGHTS OUT
F. DEFECTIVE STEERING
G. TIRE FAILURE
H. WORN OR SMOOTH TIRES
I. ENGINE FAILURE
J. DEFECTIVE SUSPENSION
K. NO DEFECTS OBSERVED
Y. UNKNOWN
Z. OTHER

**VEHICLE LIGHTING** [A]
A. HEADLIGHTS ON
B. HEADLIGHTS OFF
C. DAYTIME RUNNING LIGHTS

**TRAFFIC CONDITIONS** [A]
A. CONTROLS FUNCTIONING
B. CONTROLS NOT FUNCTIONING
C. CONTROLS OBSCURED
D. LANE MARKING UNCLEAR OR DEFECTIVE
E. NO CONTROLS
Y. UNKNOWN

**SEQUENCE OF EVENTS/HARMFUL EVENTS**
S. MOTOR VEHICLE IN TRANSPORT
T. PARKED MOTOR VEHICLE
U. STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY MOTOR VEHICLE
V. WORK ZONE/MAINTENANCE EQUIPMENT
W. OTHER NON-FIXED OBJECT
LL. TRAFFIC SIGN SUPPORT
MM. TRAFFIC SIGNAL SUPPORT
NN. OTHER POST, POLE, OR SUPPORT
OO. FENCE
PP. MAILBOX
QQ. OTHER FIXED OBJECT (WALL, BUILDING, TUNNEL, ETC)
YY. UNKNOWN

**COLLISION WITH FIXED OBJECT**
X. IMPACT ATTENUATOR/CRASH CUSHION
Y. BRIDGE OVERHEAD STRUCTURE
Z. BRIDGE PIER OR SUPPORT
AA. BRIDGE RAIL
BB. CULVERT
CC. CURB
DD. DITCH
EE. EMBANKMENT
FF. GUARDRAIL FACE
GG. GUARDRAIL END
HH. CONCRETE TRAFFIC BARRIER
II. OTHER TRAFFIC BARRIER
JJ. TREE (STANDING)
KK. UTILITY POLE/LIGHT SUPPORT

1st [S]
2nd [ ]
3rd [ ]
4th [ ]

MOST HARMFUL EVENT [S]

**MOVEMENT PRIOR TO CRASH** [H]
A. STOPPED
B. PROCEEDING STRAIGHT AHEAD
C. TRAVELING WRONG WAY
D. BACKING
E. CROSSED MEDIAN INTO OPPOSING LANE
F. RAN OFF ROAD (NOT WHILE MAKING TURN AT INTERSECTION)
G. CHANGING LANES ON MULTI-LANE ROAD
H. MAKING LEFT TURN
I. MAKING RIGHT TURN
K. ENTERING ROAD/STOPPED PREPARING TO, OR MOVING FROM
L. MAKING U-TURN, DIRECTION REVERSAL
M. STOPPED, PREPARING TO TURN LEFT
N. STOPPED, PREPARING TO TURN RIGHT
O. SLOWING TO MAKE LEFT TURN
P. SLOWING TO MAKE RIGHT TURN
Q. SLOWING TO STOP
R. PROPERLY PARKED
S. PARKING MANEUVER
T. ENTERING TRAFFIC FROM SHOULDER
U. ENTERING TRAFFIC FROM MEDIAN
V. YIELDING
W. ENTERING TRAFFIC FROM PARKING LANE
X. ENTERING FREEWAY FROM PRIVATE LANE OR DRIVEWAY
X. ENTERING FREEWAY FROM ON RAMP
Y. LEAVING FREEWAY VIA OFF RAMP
Z. OTHER OR UNKNOWN

**ALCOHOL/DRUG INVOLVEMENT** [A]
ALCOHOL/DRUGS SUSPECTED
A. NEITHER ALCOHOL NOR DRUGS
B. YES-ALCOHOL
C. YES-DRUGS
D. YES-ALCOHOL AND DRUGS
Y. UNKNOWN

ALCOHOL [ ]
A. TEST REFUSED
B. NO TEST GIVEN
C. TEST GIVEN, RESULTS PENDING
D. TEST GIVEN, BAC ___
.04

DRUGS [ ]
A. TEST NOT GIVEN
B. TEST GIVEN, RESULTS PENDING
C. TEST REFUSED
D. DRUGS REPORTED (SPECIFY IN NARRATIVE)

AFFIX BLOOD ALCOHOL KIT LABEL HERE

(OR ENTER BLOOD ALCOHOL KIT NUMBER)

| DIRECTION BEFORE CRASH | | FINAL LOCATION | DISTANCE TRAVELED | SPEED | | SKIDMARK DATA (FEET) | | | |
|---|---|---|---|---|---|---|---|---|---|
| HEADED | ON HIGHWAY, STREET OR DRIVE | OF VEHICLES | AFTER IMPACT | EST. | POSTED | FR | FL | RR | RL |
| [E] | N E S W /10 | MOVED | UNKNOWN | | 4 0 | | | | |

| DAMAGE TO VEHICLE | | | | |
|---|---|---|---|---|
| AREA DAMAGED | | EXTENT OF DEFORMITY | | |

AREA DAMAGED codes: N. UNDER-CARRIAGE, O. TOTAL, P. OTHER, Q. NONE, Y. UNKNOWN
1ST [A] / [B]
2ND [B] / [B]
3RD [B] / [B]

EXTENT OF DEFORMITY:
A. NONE
B. VERY MINOR
C. MINOR
D. MINOR/MODERATE
E. MODERATE
F. MODERATE/SEVERE
G. SEVERE
H. VERY SEVERE
Y. UNKNOWN

CITATION NO.     VEH.  PED.     R.S. OR ORD. NO

NOTICE OF INSURANCE VIOLATION ...........

OCT 1 3 2020

XB
INVESTIGATING OFFICER'S INITIALS

DPSSP 3106 (REV. JAN. 2006)

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**
**VEHICLE/PEDESTRIAN**

PAGE #: 0 5

VEH #: 0 2  OR  PEDESTRIAN

2000008946

| CONF | CARGO BODY TYPE (see page 1 for selections) | YEAR | MAKE | MODEL | # DOORS | # AXLES | # TIRES |
|------|------|------|------|-------|---------|---------|---------|
| 5 | X | 2 0 1 7 | F O R D | E S C A P E | 4 | 0 2 | 0 4 |

VIN: 1 F M C U 0 G 9 9 H U B 6 7 5 2 7

VEHICLE TOWED: A  A. YES  B. NO  C. LEFT AT SCENE

REMOVED BY: ROADRUNNER

| | YEAR | STATE | NUMBER | TYPE | GVWR/GCWR | REASON TOWED |
|---|------|-------|--------|------|-----------|--------------|
| LICENSE PLATE | 2 0 2 2 | LA | 5 5 3 B K H | P C | | A  A. VEHICLE DAMAGE  B. DRIVER ARRESTED  C. INSURANCE VIOLATION  Z. OTHER |

| | YEAR | MAKE | TYPE | | YEAR | STATE | NUMBER |
|---|------|------|------|---|------|-------|--------|
| TRAILER DESCRIPTION | | | | LICENSE PLATE | | | |

VEHICLE CLASSIFICATION: COMMERCIAL/BUSINESS VEHICLE ☐   GOVERNMENT VEHICLE ☐   PERSONAL VEHICLE X

COMPLETE INFORMATION BELOW IF THIS VEHICLE IS BEING USED FOR COMMERCE/BUSINESS, HAS A GVWR/GCWR IN EXCESS OF 10,000 LBS., OR HAS A HAZMAT PLACARD, OR IS A BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER.   US DOT #

CARRIER NAME _____   MC/MX MCCS #

STREET ADDRESS _____   CITY _____   STATE _____   ZIP _____

INTERSTATE CARRIER Y/N ___   TRANSPORTING HAZARDOUS MATERIAL Y/N ___   CLASS ___ ID# ___   PLACARDS DISPLAYED Y/N ___   HAZ MAT RELEASED Y/N ___

NAME (LAST, FIRST, MI) OF X DRIVER ☐ PEDESTRIAN

W O O D S   J A M I E   R

DATE OF BIRTH: ███████

STREET ADDRESS 5823 LUKEVILLE LN   TELEPHONE # (225) 337-4299

CITY BRUSLY   STATE LA   ZIP 7 0 7 1 9

| POSITION | EJEC TION | EXTRI CATN | AIR BAG | OCC PROT SYS | SEX | RACE | AGE | INJURY |
|----------|-----------|------------|---------|--------------|-----|------|-----|--------|
| A | A | A | D | F | B | 3 | 2 | E |

TRANSPORTED TO MEDICAL FACILITY: B  A. YES  C. REFUSED AID  B. NO  Y. UNKNOWN

STATE ___ CLASS ___ ENDORSEMENTS ___ DRIVER'S LICENSE NUMBER ___   INSTRUCTED TO EXCHANGE INFORMATION? Y/N ___   NAME OF FACILITY ___

| PEDESTRIAN ONLY | UPPER BODY CLOTHING | LIGHT | DARK | LOWER BODY CLOTHING | LIGHT | DARK | SEX | RACE | AGE | INJURY CODE |
|-----------------|---------------------|-------|------|---------------------|-------|------|-----|------|-----|-------------|
| | | | | | | | | | | |

OWNER'S NAME (LAST, FIRST, MI OR COMPANY NAME): X [same as above]   TELEPHONE #

STREET ADDRESS _____

CITY _____   STATE _____   ZIP _____

INSURANCE CO. NAME LIBERTY PERSONAL INSURANCE (NOT AGENCY NAME)   POLICY NUMBER AQF29161768640   EXPIRATION DATE _____

AGENT'S NAME/ADDRESS _____   PHONE #

PROTECTED INFORMATION REMOVED

OCT 13 2023

OCCUPANT'S NAME (LAST, FIRST, MI): _____

| POSI TION | EJEC TION | TRAN/ EXTRI | AIR BAG | OCC PROT SYS | SEX | RACE | AGE | INJURY |
|-----------|-----------|-------------|---------|--------------|-----|------|-----|--------|
| | | | | | | | | |

STREET ADDRESS _____   TRANSPORTED TO MEDICAL FACILITY: A. YES C. REFUSED AID  B. NO Y. UNKNOWN   NAME OF FACILITY _____

CITY _____   STATE _____   ZIP _____

OCCUPANT'S NAME (LAST, FIRST, MI): _____

| POSI TION | EJEC TION | TRAN/ EXTRI | AIR BAG | OCC PROT SYS | SEX | RACE | AGE | INJURY |
|-----------|-----------|-------------|---------|--------------|-----|------|-----|--------|
| | | | | | OCT 13 2020 | | | |

STREET ADDRESS _____   TRANSPORTED TO MEDICAL FACILITY: A. YES C. REFUSED AID  B. NO Y. UNKNOWN   NAME OF FACILITY _____

CITY _____   STATE _____   ZIP _____

## CODES

| SEATING POSITION | EJECTION | TRAPPED BY/ EXTRICATED | AIRBAG | OCCUPANT PROTECTION SYSTEM USED | INJURY |
|------------------|----------|------------------------|--------|--------------------------------|--------|
| A - FRONT SEAT-LEFT SIDE (MOTORCYCLE DRIVER)<br>B - FRONT SEAT-MIDDLE<br>C - FRONT SEAT-RIGHT SIDE<br>D - SECOND SEAT-LEFT SIDE (MOTORCYCLE PASSENGER)<br>E - SECOND SEAT-MIDDLE<br>F - SECOND SEAT-RIGHT SIDE<br>G - THIRD ROW-LEFT SIDE (MOTORCYCLE PASSENGER)<br>H - THIRD ROW-MIDDLE<br>I - THIRD ROW-RIGHT SIDE | J - SLEEPER SECTION OF CAB (TRUCK)<br>K - PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)<br>L - PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)<br>M - PASSENGER ON TRAIN OR STREETCAR<br>N - TRAILING UNIT<br>O - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT)<br>Y - UNKNOWN | A - NOT EJECTED<br>B - TOTALLY EJECTED<br>C - PARTIALLY EJECTED<br>Y - UNKNOWN | A - NOT TRAPPED<br>B - TRAPPED/EXTRI-CATED<br>C - TRAPPED/NOT EXTRICATED<br>Y - UNKNOWN | A - DEPLOYED<br>B - NON DEPLOYED<br>C - NON-DEPLOY-ED/SWITCH OFF<br>D - NOT APPLICABLE<br>Y - UNKNOWN | A - NONE USED-VEHICLE OCCUPANT<br>B - SHOULDER BELT ONLY USED<br>C - LAP BELT ONLY USED<br>D - SHOULDER AND LAP BELT USED<br>E - CHILD SAFETY SEAT IMPROPERLY USED<br>F - CHILD SAFETY SEAT USED<br>G - HELMET USED<br>Y - RESTRAINT USE UNKNOWN | A - FATAL<br>B - INCAPACITA-TING/SEVERE<br>C - NON-INCAPA-CITATING/MODERATE<br>D - POSSIBLE/COMPLAINT<br>E - NO INJURY |

DPSSP 3105 (REV. MAR. 2005)

PAGE #
`0 6`

WRITE APPROPRIATE LETTER IN BLOCK

# CONTRIBUTING FACTORS AND CONDITIONS

## VISION OBSCUREMENTS `N`

A. RAIN, SNOW, ETC. ON WINDSHIELD
B. WINDSHIELD OTHERWISE OBSCURED
C. VISION OBSCURED BY LOAD
D. TREES, BUSHES, ETC.
E. BUILDING
F. EMBANKMENT
G. SIGN BOARDS
H. HILLCREST
I. PARKED VEHICLES
J. MOVING VEHICLES
K. BLINDED BY HEADLIGHTS
L. BLINDED BY SUNGLARE
M. DISTRACTED BY NEON LIGHTS IN FIELD OF VIEW
N. NO OBSCUREMENTS
Y. UNKNOWN
Z. OTHER

## VIOLATION `U`

A. EXCEEDING STATED SPEED LIMIT
B. EXCEEDING SAFE SPEED LIMIT
C. FAILURE TO YIELD
D. FOLLOWING TOO CLOSELY
E. DRIVING LEFT OF CENTER
F. CUTTING IN, IMPROPER PASSING
G. FAILURE TO SIGNAL
H. MADE WRONG RIGHT TURN
I. CUT CORNER ON LEFT TURN
J. TURNED FROM WRONG LANE
K. OTHER IMPROPER TURNING
L. DISREGARDED TRAFFIC CONTROL
M. IMPROPER STARTING
N. IMPROPER PARKING
O. FAILED TO SET OUT FLARES, FLARES
P. FAILED TO DIM HEADLIGHTS
Q. VEHICLE CONDITION
R. DRIVER CONDITION
S. CARELESS OPERATION
T. IMPROPER BACKING
U. NO VIOLATIONS
Y. UNKNOWN
Z. OTHER

## TRAFFIC CONTROL `R`

A. STOP SIGN
B. YIELD SIGN
C. RED SIGNAL ON
D. YELLOW SIGNAL ON
E. GREEN SIGNAL ON
F. GREEN TURN ARROW ON
G. RIGHT TURN ON RED
H. LIGHT PHASE UNKNOWN
I. FLASHING YELLOW
J. FLASHING RED
K. OFFICER, FLAGMAN
L. RR CROSSING, SIGN
M. RR CROSSING SIGNAL
N. RR CROSSING, NO CONTROL
O. WARNING SIGN (SCHOOL, ETC.)
P. SCHOOL FLASHING SPEED SIGN
Q. YELLOW NO PASSING LINE
R. WHITE DASHED LINE
S. YELLOW DASHED LINE
T. BIKE LANE
U. CROSSWALK
V. NO CONTROL
Y. UNKNOWN
Z. OTHER

## CONDITION OF DRIVER/PED `A`

A. NORMAL
B. INATTENTIVE
C. DISTRACTED
D. ILLNESS
E. FATIGUED
F. APPARENTLY ASLEEP/BLACKOUT
G. DRINKING ALCOHOL - IMPAIRED
H. DRINKING ALCOHOL - NOT IMPAIRED
I. DRUG USE - IMPAIRED
J. DRUG USE - NOT IMPAIRED
K. PHYSICAL IMPAIRMENT (EYES, EAR, LIMB)
Y. UNKNOWN
Z. OTHER

## DRIVER DISTRACTION `E`

A. CELL PHONE
B. OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE, ETC.)
C. OTHER INSIDE THE VEHICLE
D. OTHER OUTSIDE THE VEHICLE
E. NOT DISTRACTED
Z. OTHER

## REASON FOR MOVEMENT `P`

A. TO AVOID OTHER VEHICLE
B. TO AVOID PEDESTRIAN
C. TO AVOID ANIMAL
D. TO AVOID OTHER OBJECT
E. PASSING
F. VEHICLE OUT OF CONTROL, NOT PASSING
G. VEHICLE OUT OF CONTROL, PASSING
H. FOR TRAFFIC CONTROL
I. DUE TO CONGESTION
J. DUE TO PRIOR CRASH (COLLISION)
K. DUE TO DRIVER CONDITION
L. DUE TO DRIVER VIOLATION
M. DUE TO VEHICLE CONDITION FAILURE
N. DUE TO PAVEMENT CONDITION
O. HIGH WIND
P. NORMAL MOVEMENT
Y. UNKNOWN
Z. OTHER

## PEDESTRIAN ACTIONS

A. CROSSING, ENTERING ROAD AT INTERSECTION
B. CROSSING, ENTERING ROAD NOT AT INTERSECTION
C. WALKING IN ROAD - WITH TRAFFIC
D. WALKING IN ROAD - AGAINST TRAFFIC
E. SLEEPING IN ROADWAY
F. STANDING IN ROADWAY
G. GETTING ON OR OFF OTHER VEHICLE
H. PUSHING, WORKING ON VEHICLE IN ROAD
I. OTHER WORKING IN ROADWAY
J. PLAYING IN ROADWAY
K. NOT IN ROADWAY
Y. UNKNOWN
Z. OTHER

## VEHICLE LIGHTING `A`

A. HEADLIGHTS ON
B. HEADLIGHTS OFF
C. DAYTIME RUNNING LIGHTS
Y. UNKNOWN

## TRAFFIC CONTROL CONDITIONS `A`

A. CONTROLS FUNCTIONING
B. CONTROLS NOT FUNCTIONING
C. CONTROLS OBSCURED
D. LANE MARKING OBSCURED OR DEFECTIVE
E. NO CONTROLS
Y. UNKNOWN

## SEQUENCE OF EVENTS/HARMFUL EVENTS

**NON COLLISION**
A. OVERTURN/ROLLOVER
B. FIRE/EXPLOSION
C. IMMERSION
D. JACKKNIFE
E. CARGO/EQUIPMENT LOSS OR SHIFT
F. FELL/JUMPED FROM MOTOR VEHICLE
G. THROWN OR FALLING OBJECT
H. EQUIPMENT FAILURE (BLOWN TIRE, BRAKE FAILURE, ETC)
I. SEPARATION OF UNITS IN TRANSPORT
J. RAN OFF ROAD RIGHT
K. RAN OFF ROAD LEFT
L. CROSSED MEDIAN/CENTERLINE
M. OTHER NON-COLLISION

**COLLISION WITH PERSON, MOTOR VEHICLE OR NON-FIXED OBJECT**
O. PEDESTRIAN
P. PEDALCYCLE
Q. RAILWAY VEHICLE (TRAIN, ENGINE)
R. ANIMAL

S. MOTOR VEHICLE IN TRANSPORT
T. PARKED MOTOR VEHICLE
U. STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY MOTOR VEHICLE
V. WORK ZONE/MAINTENANCE EQUIPMENT
W. OTHER NON-FIXED OBJECT

**COLLISION WITH FIXED OBJECT**
E. IMPACT ATTENUATOR/CRASH CUSHION
Y. BRIDGE OVERHEAD STRUCTURE
Z. BRIDGE PIER OR SUPPORT
AA. BRIDGE RAIL
BB. CULVERT
CC. CURB
DD. DITCH
EE. EMBANKMENT
FF. GUARDRAIL FACE
GG. GUARDRAIL END
HH. CONCRETE TRAFFIC BARRIER
II. OTHER TRAFFIC BARRIER
JJ. TREE (STANDING)
KK. UTILITY POLE/LIGHT SUPPORT

LL. TRAFFIC SIGN SUPPORT
MM. TRAFFIC SIGNAL SUPPORT
NN. OTHER POST POLE, OR SUPPORT
OO. FENCE
PP. MAILBOX
QQ. OTHER FIXED OBJECT (WALL, BUILDING, TUNNEL, ETC.)
YY. UNKNOWN

| | |
|---|---|
| 1st | `S` |
| 2nd | |
| 3rd | |
| 4th | |
| MOST HARMFUL EVENT | `S` |

## MOVEMENT PRIOR TO CRASH `B`

A. STOPPED
B. PROCEEDING STRAIGHT AHEAD
C. TRAVELING WRONG WAY
D. BACKING
E. CROSSED MEDIAN INTO OPPOSING LANE
F. CROSSED CENTER LINE INTO OPPOSING LANE
G. RAN OFF ROAD (NOT WHILE MAKING TURN AT INTERSECTION)
H. CHANGING LANES ON MULTI-LANE ROAD
I. MAKING LEFT TURN
J. MAKING RIGHT TURN

K. STOPPED PREPARING TO, OR MAKING U-TURN
L. MAKING TURN, DIRECTION UNKNOWN
M. STOPPED, PREPARING TO TURN LEFT
N. STOPPED, PREPARING TO TURN RIGHT
O. SLOWING TO MAKE LEFT TURN
P. SLOWING TO MAKE RIGHT TURN
Q. SLOWING TO STOP
R. PROPERLY PARKED
S. PARKING MANEUVER

T. ENTERING TRAFFIC FROM SHOULDER
U. ENTERING TRAFFIC FROM MEDIAN
V. ENTERING TRAFFIC FROM PARKING LANE
W. ENTERING TRAFFIC FROM PRIVATE LANE OR DRIVEWAY
X. ENTERING FREEWAY FROM ON RAMP
Y. LEAVING FREEWAY VIA OFF RAMP
Z. OTHER OR UNKNOWN

## VEHICLE CONDITION `K`

A. DEFECTIVE BRAKES
B. DEFECTIVE HEADLIGHTS
C. DEFECTIVE REAR LIGHTS
D. DEFECTIVE SIGNAL LIGHTS
E. ALL LIGHTS OUT
F. DEFECTIVE STEERING
G. TIRE FAILURE
H. WORN OR SMOOTH TIRES
I. ENGINE FAILURE
J. DEFECTIVE SUSPENSION
K. NO DEFECTS OBSERVED
Y. UNKNOWN
Z. OTHER

## ALCOHOL/DRUG INVOLVEMENT `A`

ALCOHOL/DRUGS SUSPECTED ?
A. NEITHER ALCOHOL NOR DRUGS
B. YES-ALCOHOL
C. YES-DRUGS
D. YES-ALCOHOL AND DRUGS
Y. UNKNOWN

ALCOHOL
A. TEST REFUSED
B. NO TEST GIVEN
C. TEST GIVEN, RESULTS PENDING
D. TEST GIVEN, BAC _____ %

DRUGS
A. TEST NOT GIVEN
B. TEST GIVEN, RESULTS PENDING
C. TEST REFUSED
D. DRUGS REPORTED (SPECIFY IN NARRATIVE)

AFFIX BLOOD ALCOHOL KIT LABEL HERE

[OR ENTER BLOOD ALCOHOL KIT NUMBER]

| | DIRECTION BEFORE CRASH | FINAL LOCATION | DISTANCE TRAVELED | SPEED | | SKID/MARK DATA (FEET) | | | |
|---|---|---|---|---|---|---|---|---|---|
| HEADED | ON HIGHWAY, STREET OR DRIVE | OF VEHICLES | AFTER IMPACT | EST. | POSTED | FR | FL | BR | RL |
| `E` N E S W | I10 | MOVED | UNKNOWN | | 4 0 | | | | |

## DAMAGE TO VEHICLE

AREA DAMAGED

EXTENT OF DEFORMITY
A- NONE
B- VERY MINOR
C- MINOR
D- MINOR/MODERATE
E- MODERATE
F- MODERATE/SEVERE
G- SEVERE
H- VERY SEVERE
Y- UNKNOWN

N- UNDER-CARRIAGE
O- TOTAL
P- OTHER
Q- NONE
Y- UNKNOWN

| | | |
|---|---|---|
| 1ST `A` | 1ST `G` | |
| 2ND `B` | 2ND `G` | |
| 3RD `L` | 3RD `G` | |

CITATION NO          VEH. PED.          R.S. OR ORD. NO

NOTICE OF INSURANCE VIOLATION ☐

CONFIDENTIAL

OCT 1 3 2020

DPSSP 3106 (REV. JAN. 2005)

XB
INVESTIGATING OFFICER'S INITIALS

RECEIVED

SEP 0 8 2020

TRAFFIC RECORDS

E - ID

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**
**DRIVER/WITNESS VOLUNTARY STATEMENT**

COMPUTER NUMBER     PAGE #
20 F 9996    -

DATE  9·2·20        TIME _____  PLACE _____

I, Jamie R. Woods _____ AM    32 _____ YEARS OF AGE,

MY ADDRESS IS  5823 Lukeville Lane _____

AND MY TELEPHONE NUMBER IS ( 225) 337 - 4299 _____ .

I was driving in the right lane
when the 18 wheeler hit me on the
side back of the driver side. My truck
then spin in front the truck then ended
on the left side of the truck.

THE ABOVE STATEMENT, TO THE BEST OF MY KNOWLEDGE, IS A TRUE AND CORRECT
ACCOUNT OF MY RECOLLECTION IN THE ABOVE DESCRIBED MOTOR VEHICLE CRASH

SIGNED: X Jamie R. Woods

OFFICER TAKING STATEMENT: X. Barge 110792

SIGNATURE: X

DPSSP 3111 (REV. JAN. 2005)

CONFIDENTIAL

OCT 1 3 2020

INVESTIGATING OFFICER'S INITIALS _____

RECEIVED

SEP 0 8 2020

TRAFFIC RECORDS

E-I10 1A

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**
**DRIVER/WITNESS VOLUNTARY STATEMENT**

COMPUTER NUMBER    PAGE #

20-18194 - □

DATE 9-2-20    TIME _____ PLACE _____

I, Thomas R-Carl _____ AM 64 YEARS OF AGE,

MY ADDRESS IS 12005 Stamford Rd. Midlothian, Va. 23112

AND MY TELEPHONE NUMBER IS (804) 399 - 2906.

I was merging off of one road (I10) onto
another road when a vehicle come from my left
side 2 lanes over trying to make the exit
forcing me to make a move to my right but
someone was already there. I had no where
to go and got the blues car tangled up in
the rail and my truck. By the time I
get stopped she ended up on my left side
coming all the way through my front. I jump
out to see if she was ok. She said yes
and thank you for not killing me. The
other vehicle kept going and I had another
vehicle behind me and he said he saw the
guy cut me off.

THE ABOVE STATEMENT, TO THE BEST OF MY KNOWLEDGE, IS A TRUE AND CORRECT
ACCOUNT OF MY RECOLLECTION IN THE ABOVE DESCRIBED MOTOR VEHICLE CRASH

SIGNED: _Thomas R-Carl_

OFFICER TAKING STATEMENT: Xavier Boyd 1b792

SIGNATURE: _____

INVESTIGATING OFFICER'S INITIALS _____

DPSSP 3111 (REV. JAN. 2005)

CONFIDENTIAL

OCT 1 3 2020

# Medical Payment Summary



Please send all payments to:

**Optum**
PO Box 182643
Columbus, OH 43218-2643
Tax ID:  27-0083277

Claimant:  JAMIE WOODS
Date of Loss:  09/02/2020
Last Update:  10/29/2021
Event ID: 89975033
Analyst:  Andrea Jayne Palmer

**Total Billed:** $17,566.90
**Total Paid:** $6,136.96
**Recovered Amount:** $0.00
**Remaining Balance:** $6,136.96
**Created On:** 10/29/2021

| First Date of Service | Claim Number | NPI | Provider | Paid Amt. | Billed Amt. | Paid Date | Capitated | Diagnosis Code | Diagnosis Description |
|---|---|---|---|---|---|---|---|---|---|
| 09/02/2020 | 20253149931M | | BATON ROUGE GENERAL MEDICAL | $793.00 | $1,131.35 | 12/11/2020 | No | M25.512 | PAIN IN LEFT SHOULDER |
| 09/02/2020 | 20298118032 | | FABRE,MARCI,MD | $630.00 | $1,517.00 | 09/02/2020 | No | M25.512 | PAIN IN LEFT SHOULDER |
| 09/03/2020 | 20288184764 | | HESS,ARTHUR,E,MD | $133.60 | $432.00 | 09/03/2020 | No | M25.572 | PAIN IN LEFT ANKLE AND JOINTS OF LEFT FOOT |
| 09/09/2020 | 20289128565 | | HESS,ARTHUR,E,MD | $55.36 | $182.00 | 09/09/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 09/15/2020 | 21014131667 | | HESS, ARTHUR | $40.11 | $52.00 | 06/16/2021 | No | S93.402A | SPRAIN OF UNSPECIFIED LIGAMENT OF LEFT ANKLE, INIT ENCNTR |
| 09/17/2020 | 20266273211 | | CABALLERO,CLINT,A,PT | $51.82 | $229.01 | 09/17/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 09/21/2020 | 20273325842 | | CABALLERO,CLINT,A,PT | $64.00 | $145.00 | 09/21/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 09/23/2020 | 20316171526 | | HESS,ARTHUR,E,MD | $250.68 | $481.00 | 09/23/2020 | No | M25.572 | PAIN IN LEFT ANKLE AND JOINTS OF LEFT FOOT |
| 09/24/2020 | 20273325834 | | CABALLERO,CLINT,A,PT | $64.00 | $200.00 | 09/24/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 09/28/2020 | 20276221386 | | CABALLERO,CLINT,A,PT | $64.00 | $200.00 | 09/28/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 09/30/2020 | 20276252129 | | CABALLERO,CLINT,A,PT | $64.00 | $200.00 | 09/30/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 10/05/2020 | 20286184450 | | CABALLERO,CLINT,A,PT | $64.00 | $200.00 | 10/05/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |

**EXHIBIT D**

→ SCOTT

Fax Services

© 10-29-2021 1:02 PM

| First Date of Service | Claim Number | NPI | Provider | Paid Amt. | Billed Amt. | Paid Date | Capitated | Diagnosis Code | Diagnosis Description |
|---|---|---|---|---|---|---|---|---|---|
| 10/07/2020 | 20287298117 | | CABALLERO,CLINT,A,P T | $64.00 | $200.00 | 10/07/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 10/13/2020 | 20290121091 | | HESS,ARTHUR,E,MD | $609.59 | $1,620.00 | 10/13/2020 | No | M25.562 | PAIN IN LEFT KNEE |
| 10/14/2020 | 20295253389 | | CABALLERO,CLINT,A,P T | $64.00 | $200.00 | 10/14/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 10/16/2020 | 20302240666 | | CABALLERO,CLINT,A,P T | $64.00 | $345.00 | 10/16/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 10/20/2020 | 20302261630 | | CABALLERO,CLINT,A,P T | $64.00 | $255.00 | 10/20/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 10/27/2020 | 20302265740 | | CABALLERO,CLINT,A,P T | $64.00 | $280.00 | 10/27/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 10/28/2020 | 20308290531 | | CABALLERO,CLINT,A,P T | $64.00 | $280.00 | 10/28/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 10/28/2020 | 20346144414 | | HESS,ARTHUR,E,MD | $75.36 | $182.00 | 10/28/2020 | No | M25.562 | PAIN IN LEFT KNEE |
| 11/18/2020 | 20329336368 | | CABALLERO,CLINT,A,P T | $80.00 | $200.00 | 11/18/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 11/20/2020 | 20335168780 | | CABALLERO,CLINT,A,P T | $80.00 | $200.00 | 11/20/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 11/23/2020 | 20336112832 | | CABALLERO,CLINT,A,P T | $80.00 | $200.00 | 11/23/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 11/30/2020 | 20336315397 | | CABALLERO,CLINT,A,P T | $80.00 | $200.00 | 11/30/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 12/02/2020 | 20342184436 | | CABALLERO,CLINT,A,P T | $80.00 | $200.00 | 12/02/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 12/07/2020 | 20344179948 | | CABALLERO,CLINT,A,P T | $80.00 | $200.00 | 12/07/2020 | No | M22.42 | CHONDROMALACIA PATELLAE, LEFT KNEE |
| 12/11/2020 | 20350253137 | | CABALLERO,CLINT,A,P T | $80.00 | $200.00 | 12/11/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |

→ SCOTT

Fax Services

© 10-29-2021 1:02 PM

| First Date of Service | Claim Number | NPI | Provider | Paid Amt. | Billed Amt. | Paid Date | Capitated | Diagnosis Code | Diagnosis Description |
|---|---|---|---|---|---|---|---|---|---|
| 12/14/2020 | 20351261965 | | CABALLERO,CLINT,A,PT | $80.00 | $200.00 | 12/14/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 12/16/2020 | 20352270601 | | CABALLERO,CLINT,A,PT | $80.00 | $200.00 | 12/16/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 12/21/2020 | 20364163532 | | CABALLERO,CLINT,A,PT | $80.00 | $265.00 | 12/21/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 12/28/2020 | 20364282199 | | CABALLERO,CLINT,A,PT | $80.00 | $145.00 | 12/28/2020 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 01/25/2021 | 21027300979 | | CABALLERO,CLINT,A,PT | $64.00 | $340.00 | 01/25/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 01/27/2021 | 21028271322 | | CABALLERO,CLINT,A,PT | $64.00 | $275.00 | 01/27/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 02/01/2021 | 21033309493 | | CABALLERO,CLINT,A,PT | $64.00 | $245.00 | 02/01/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 02/03/2021 | 21036114897 | | CABALLERO,CLINT,A,PT | $64.00 | $275.00 | 02/03/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 02/10/2021 | 21048417534 | | CABALLERO,CLINT,A,PT | $64.00 | $275.00 | 02/10/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 02/12/2021 | 21049250429 | | CABALLERO,CLINT,A,PT | $64.00 | $275.00 | 02/12/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 02/22/2021 | 21061291466 | | CABALLERO, CLINT | $64.00 | $220.00 | 03/04/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 02/25/2021 | 21060199987 | | CABALLERO,CLINT,A,PT | $64.00 | $220.00 | 02/25/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 03/01/2021 | 21061339361 | | CABALLERO, CLINT | $64.00 | $340.00 | 03/05/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 03/01/2021 | 21105200268 | | HESS, ARTHUR | $55.36 | $182.00 | 04/19/2021 | No | S72.432D | DISP FX OF MED CONDYLE OF L FEMR, 7THD |
| 03/03/2021 | 21063268206 | | CABALLERO, CLINT | $64.00 | $190.00 | 03/09/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |

pg 5 of 7

→ SCOTT

Fax Services

© 10-29-2021 1:02 PM

| First Date of Service | Claim Number | NPI | Provider | Paid Amt. | Billed Amt. | Paid Date | Capitated | Diagnosis Code | Diagnosis Description |
|---|---|---|---|---|---|---|---|---|---|
| 03/11/2021 | 21071306983 | | CABALLERO,CLINT,A,PT | $64.00 | $190.00 | 03/11/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 03/15/2021 | 21078245062 | | CABALLERO,CLINT,A,PT | $64.00 | $190.00 | 03/15/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 03/29/2021 | 21092294596 | | CABALLERO,CLINT,A,PT | $64.00 | $310.00 | 03/29/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 04/06/2021 | 21099263497 | | CABALLERO,CLINT,A,PT | $64.00 | $190.00 | 04/06/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 04/08/2021 | 21099273347 | | CABALLERO,CLINT,A,PT | $64.00 | $220.00 | 04/08/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 04/20/2021 | 21112358513 | | CABALLERO,CLINT,A,PT | $64.00 | $165.00 | 04/20/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 04/22/2021 | 21116187835 | | CABALLERO,CLINT,A,PT | $64.00 | $165.00 | 04/22/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 04/29/2021 | 21124292485 | | CICERO,NICHOLAS,IV,DPT | $64.00 | $285.00 | 04/29/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 05/04/2021 | 21126333937 | | CICERO,NICHOLAS,IV,DPT | $64.00 | $165.00 | 05/04/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 05/11/2021 | 21133301071 | | CICERO, NICHOLAS | $64.00 | $110.00 | 07/29/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 05/14/2021 | 21138135994 | | CICERO, NICHOLAS | $64.00 | $245.00 | 07/29/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 05/19/2021 | 21170226125 | | HESS,ARTHUR,E,MD | $74.72 | $226.54 | 05/19/2021 | No | M25.562 | PAIN IN LEFT KNEE |
| 05/25/2021 | 21147144655 | | CICERO, NICHOLAS | $64.00 | $245.00 | 07/29/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 06/02/2021 | 21154301239 | | CICERO, NICHOLAS | $64.00 | $365.00 | 07/29/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 06/04/2021 | 21159267057 | | CICERO, NICHOLAS | $64.00 | $220.00 | 07/29/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |

→ SCOTT

Fax Services

© 10-29-2021 1:02 PM

| First Date of Service | Claim Number | NPI | Provider | Paid Amt. | Billed Amt. | Paid Date | Capitated | Diagnosis Code | Diagnosis Description |
|---|---|---|---|---|---|---|---|---|---|
| 06/08/2021 | 21160301035 | | CICERO, NICHOLAS | $64.00 | $220.00 | 07/29/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 06/10/2021 | 21166351239 | | CICERO, NICHOLAS | $64.00 | $220.00 | 07/29/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 06/22/2021 | 21174335332 | | CICERO,NICHOLAS,IV, DPT | $64.00 | $275.00 | 06/22/2021 | No | S40.012D | CONTUSION OF LEFT SHOULDER, SUBSEQUENT ENCOUNTER |
| 08/18/2021 | 21285133698 | | HESS, ARTHUR | $55.36 | $182.00 | 10/14/2021 | No | S72.432D | DISP FX OF MED CONDYLE OF L FEMR, 7THD |
| | | | Subtotals: | $6,136.96 | $17,566.90 | | | | |

NINETEENTH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

JAMIE WOODS                               *
                                                        SUIT NO. 710387
VERSUS                                    *

ARCH INSURANCE COMPANY,                   *          SECTION 26
SPECIAL EVENT TRANSPORTATION,
INC. AND THOMAS CASH                      *

### NOTICE OF FILING NOTICE OF REMOVAL

To:    Clerk of Court
       East Baton Rouge Parish
       P.O. Box 1991
       Baton Rouge, LA 70821-1991

       Jamie Woods
       Through her counsel of record
       Burgundy C. Hammond
       Clayton, Fruge, Ward & Hendry
       3741 LA Highway 1 South
       Port Allen, LA 70767

       PLEASE TAKE NOTICE that Special Event Transportation, Inc. and Arch Insurance

Company have on the 5th day of November, 2021 filed their Notice of Removal, a copy of which

is attached hereto, in the Office of the Clerk of Court for the United States District Court for the

Middle District of Louisiana.

                              BY ATTORNEYS,

                              BUTLER SNOW LLP
                              400 Convention Street, Suite 200 (70802)
                              P.O. Box 2997
                              Baton Rouge, LA 70821-2997
                              Telephone: (225) 325-8700
                              Facsimile: (225) 325-8800


                       By: _____
                              Connell L. Archey (La. No. 20086)
                              Allena W. McCain (La. No. 38830)
                              Madaline King (La. No. 38301)

                              Attorneys for Special Event Transportation, Inc. and
                              Arch Insurance Company

EXHIBIT

E

**<u>CERTIFICATE</u>**

I hereby certify that a copy of the above and foregoing has this day been mailed, postage prepaid, to all counsel of record.

Baton Rouge, Louisiana this 5th day of November, 2021.

_____
Madaline King

62050617.v1

2